1  Patrick M. Costello, Esq. (Bar No. 117205)
   VECTIS LAW GROUP
2  PMB# 551, 270 Redwood Shores Pkwy
   Redwood City, California 94065
3  Telephone: (650) 320-1688
   Facsimile: (650) 320-1687
4  E-mail: pcostello@vectislawgroup.com

5  Attorneys for Debtor

6              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF CALIFORNIA
7                    SAN JOSE DIVISION

8  In re:                              )
                                       )   Case No.: 13-51399-CN
9  Shocking Technologies, Inc.,        )
                                       )   Chapter 7
10                        Debtor.       )
                                       )
11 _____

12          **<u>CREDITOR MATRIX COVER SHEET</u>**

13      I, Lex Kosowsky, declare that to the best of my knowledge and information, the attached

14 Creditor Mailing Matrix, consisting of 42 sheets, contains the correct, complete and current names

15 and addresses of all priority, secured and unsecured creditors of Shocking Technologies, Inc.

16 Dated: April 16, 2013              Shocking Technologies, Inc.

17                                    /s/ Lex Kosowsky
18                                    Lex Kosowsky
                                      Responsible Individual for Debtor
19
       I, Patrick M. Costello, attorney for the Debtor, declare that the attached Creditor Mailing Matrix
20 conforms with the Clerk's promulgated requirements.

21 Dated: April 16, 2013              VECTIS LAW GROUP

22
                                      By:    /s/ Patrick M. Costello
23                                           Patrick M. Costello, Esq.
                                             Attorneys for Debtor
24

25

3M Cogent Inc.
Attn: Ankuo Wang
10/F Liufand Road #6, Area 67
Baoan District
Shenzhen, China 518101


3M Company
Attn:Alan G Hulme-Lowe
3M Center
Saint Paul, MN 55133


3M Innovative Properties Company
Attn: Alan Hulme-Lowe
3M Center
Saint Paul,MN 55133


A2Z Development Center Inc.
Attn: General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210


A2Z Development Center Inc.
Attn: Gregg Zehr
20450 Stevens Creek Blvd #126
Cupertino, CA 95014


ADEM LLC
1040 Di Giulio Avenue
Santa Clara, CA 95050


ADP Inc.
PO Box 31001-1874
Pasadena, CA 91110


ALD NanoSolutions, Inc.
Attn: Karen J. Burchler
580 Burbank Street, Unit 100
Broomfield, CO 80020

ATG
No. 12 Lane 120
Chung-Hsing Rd, Luchu Hsiang
Taoyuan City
Taiwan, R O C


Aaron Read
23 Uxbridge Court
San Jose, CA 95139


Abrams & Bayliss LLP
20 Montchannin Road, Suite 200
Wilmington, DE 19807


Advance Material Corporation
No 2 of 498 Lane, Nanshan Road
LuZhu Village, Taoyuan County
Taiwan


Advanced Neuromodulation Systems Inc.
St Jude Medical Neuromodulation
6901 Preston Road
Plano, TX 75024


Ajit Medhekar
19700 Farwell Ave
Saratoga, CA 95070


Albin Engineering Services
3350 Scott Blvd., Suite 27
Santa Clara, CA 95054


Alfa Aesar
PO BOX 88894
Chicago, IL 60695

Allied Administrators for Delta Den
PO Box 45739
San Francisco, CA 94145


Allstar Tech (Zhongshan) Co. Ltd.
Attn: Richard Chang
Yanjiang Road, Keji Avenue
Zhongshan City, Guangdong
China528437


Alpha Analytical Laboratories Inc.
208 Mason Street
Ukiah, CA 95482


Altaflex
336 Martin Avenue
Santa Clara, CA 95050


American Express
PO Box 0001
Los Angeles, CA 90096


Analog Devices Inc.
Attn: Kenneth Lisiak
One Technology Way
Norwood, MA 02062


Andy Pham
201 Pinot Court
San Jose, CA 95119


Anthem Blue Cross
PO Box 54630
Los Angeles, CA 90054

Apache Design Solutions Inc.
Attn: Shane McMillin
2645 Zanker Road
San Jose, CA 95134


Apple Computer Inc.
Attn: S. Mayo/ V. Duperron/ J Umeda
1 Infinite Loop
Cupertino, CA 95014


Aqua Treat Chemicals Inc.
200 Industrial Road, Suite 120
San Carlos, CA 94070


Ariadna Kaplan
782 Stern Ave
Palo Alto, CA 94303


Arnold Andres
1619 Lucretia Court
San Jose, CA 95122


Associated Services
2021 N Capitol Ave
San Jose, CA 95132-1058


Atel Ventures Inc
Attn: Steve Rea
600 Montgomery Street, 9th Flo
San Francisco, CA 94111


Atmel Corporation
Attn: Jim D'Brien
1600 Technology Dr
San Jose, CA 95110

Ausenco PSI
5099 Commercial Circle, Suite 102
San Jose, CA 94520


Austria Technologie & Systemtechnik Fabr
Attn: S Greimel /H Voraberger
Fabriksgasse13
A-8700 Leoben-Hinterberg
Austria


BAE SYSTEMS
Attn:Kim Lafleur
95 Canal Street
Nashua, NH 03060


BYD Company Ltd
No 1 Yan'an Road, Kuichong
Longgang, Shenzhen
China 518119


Bearing Engineers Inc.
Attn: Wallis Logan
3061 Independence Dr., Suite J
Livermore, CA 94551


Behmke Reporting and Video Services
160 Spear Street, Suite 300
San Francisco, CA 94105


Bhret Graydon
5243 Graves Ave
San Jose, CA 95129


Blue & Green Technologies
D1605 Tower Place
Dogokdong, Gangman-gu
Republic of Korea

Blue & Green Technology Inc
Attn: Daeje Chin
Room 410, KAIST 517-10, Dogokdong
Gangnam, Seoul
Korea 135-270


Blue & Green Technology Inc
D-1605 Tower Palace
467 Dogokdong, Gangnam-gu
Seoul, Korea


BlueCrest Capital Finance L P
Attn: M Gail Fitzpatrick
225 W Washington St., Ste 200
Chicago, IL 60606


Bob Fleming
6592 Prague Ct
San Jose, CA 95119


Bracewell & Giuliani LLP
Attn: Kevin Ewing and Brian Kelly
2000 K Street NW, Ste 500
Washington, DC 20006-1872


Branson Ultrasonics Corporation
Attn: Memory Russell
41 Eagle Road
Danbury, CT 06810


Brendon Nagle
5921 Liska Lane
San Jose, CA 95119

Brendon Nagle
5921 Liska Lane, Apt 208
San Jose, CA 95119


Bridge Bank
Attn: Al Lambert
55 Almaden Blvd
San Jose, CA 95118


Brookfield Engineering Laboratories Inc
11 Commerce Boulevard
Middleboro, MA 02346-1031


Brown Venture Associates
600 Gillam Rd
Suite B-30
Los Altos, CA 94022


CAC Inc
Attn: Patrick Redfern
20322 Windrow Dr
Lake Forest, CA 92630


CAC Inc.
20322 Windrow Drive
Lake Forest, CA 92630


CCE Technologies Inc.
7555 95th Street South
Cottage Grove, MN 55016


Cadence
PO Box 202769
Dallas, TX 75320

Cadence Design Systems Inc.
2655 Seely Avenue
San Jose, CA 95134


Carestream Health Inc
Attn: Rick Daniels
150 Verona Street
Rochester, NY 14608


Carestream Health Inc.
Dept CH 19286
Palatine, IL 60055


Carr & Ferrell LLP
120 Constitution Drive
Menlo Park, CA 94025


Chemsultants International Inc
Attn: Gary A Avalon
9079 Tyler Blvd
Mentor, OH 44060


Chemtronics
Attn: Ui Jun An
8125 Cobb Center Drive
Kennesaw, GA 30152


Cintas Corporation
PO Box 349055
Sacramento, CA 95834


Cisco WebEx LLC
16720 Collections Center
Chicago, IL 60693

Clean Harbors Environmental Service
PO Box 3442
Boston, MA 02241


Cloud One
120 Misty Court
Santa Cruz, CA 95060


ClubOne
PO Box 417
San Francisco, CA 94104


Cognex Corporation
PO BOX 27623
New York, NY 10087


Communication Technology Co
c/o KS Ong
14 Laylong Place
Singapore 508878


Compal Communications Inc.
Attn: Eric Peng
Asia Plaza Bldg B
385 YangGuang St.,Neihu
Taipei, Taiwan


Compeg Manufacturing Co. Ltd.
91 Lane 814, Ta-Hsin Rd
Shin Chuang Village
Lu Chu Hsiang, Taoyuan Hsien
Taiwan, R.O.C.


Conductive Composites
357 West 910 South
Heber City, UT 84032

```
DAP Co. Ltd.
Attn: Choi Bong Yoon
404-1 Bocheri Miyang-myun
Ansung-si, Gyunggi-Do
Korea


DDI Sales Corp
1220 NSimon Circle
Anaheim, CA 92806


DDi Global Corp
Attn: Alice C Sessamen
1220 N Simon Circle
Anaheim, CA 92806


Daeduck Electronics Co.
Attn: Jin Ho Lee
390-1 Mochnae-dong
Danwon-gu, Ansan-si, Gyeonggi-do
Korea 425-100


Daniel Vasquez
1820 Ednamary Way #d
Mountain View, CA 94040


Daniel Vasquez
PO Box 321329
Los Gatos, CA 95032


David Leath
636 Kotake Ct
San Jose, CA 95127


Dell Inc
Attn: Janet Wright
One Dell Way
Round Rock, TX 78682
```

Dell Marketing Company
c/o Dell USA LP
PO Box 910916
Pasadena, CA 91110


Digi-Key Corporation
PO Box 250
Thief River Fall, MN 56701


Diodes Incorporated
Attn: Francis Tang
4949 Hedgcoxe Rd, Ste 200
Plano, TX 75248


Diosado Comiso
2609 Corde Terra Circle
San Jose, CA 95111


Divison of Corporations
State of Delaware
Franchise Tax
PO Box 898
Dover, DE 19903


Douglas C Fisher
c/o High Speed Design Services
406 16th Ave, Ste 103B
Ramona, CA 92065


Dowd and Guild Inc
14 Crow Canyon Ct, #200
San Ramon, CA 94583


E & M Elect & Machinery
dba EandM
126 Mill Street
Healdsburg, CA 95448

EAS Corp
William Cook and Dean Waldon
PO Box 948
Fair Oaks, CA 95628


EI du Pont de Nemours and Company
Attn: Mats J. Ehlln
14 TW Alexander Drive
Durham, NC 27709


ESP Interactive Solutions
1563 Solano Ave, #528
Berkeley, CA 94707


EagleBurgmann
Attn: Fernando Grozlo
10035 Brookriver Drive
Houston, TX 77040


Echo Supply
5406 W78th Street
Indianapolis, IN 46268


Egis Technology Inc
Attn: Wen Chen
2F, No 360 Rueiguang Rd
Neihu District, Taipei 114
Taiwan


Ekaterina Zlatkova-Karasla
1655 Branham Park Court
San Jose, CA 95118


Electro Rent Corporation
6060 Sepulveda Blvd
Van Nuys, CA 91411

Elentec Co. Ltd.
401-13 Chunggye-ri
Dongtan-myun, Hwaseong-si
Gyeonggi-do
Korea


Elite Material Co Ltd
Attn: Eric Ho
No 18 Datong 1st Rd, Guanyin
Taoyuan County
Taiwan 328


Elite Material Company
18 TA-Tung First Road
Kuan-Yin Industrial District
Tao-Yuan Hsien
Taiwan, R O C


Emcor Services
5 Venderbilt
Irvine, CA 92618


Emily Allen
College of Engineering
San Jose State University
One Washington Square
San Jose, CA 95192


Environmental Systems Inc.
3353 De La Cruz Blvd.
Santa Clara, CA 95054


Evolve Discovery
611 Mission Street
4th Floor
San Francisco, CA 94105

Exopack Holding Corp
Attn: Alan Parker
3070 Southport Rd
Spartanburg, SC 29302


Facility Masters Inc.
1604 Kerley Drive
San Jose, CA 95112


Fangxiao Guan
1628 Branham Lane
Apt 143
San Jose, CA 95118


Fed Ex Freight
PO Box 223125
Pittsburgh, PA 15250


FedEx Express
PO Box 7221
Pasadena, CA 91109


Flextronics Innovative Development Ltd
Attn: Sean Burke
6201 America Center Drive
San Jose, CA 95002


Flextronics Medical Sales and Marketing
Level 3, Alexander House
35 Cybercity, Ebene
Mauritius


Fluke Electronics Corportion
Attn: Beverly Summers
6920 Seaway Blvd
Everett, WA 98203

```
Franchise Tax Board State
of California Bankruptcy
Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Franz Gisin
928 Valencia Drive
Milpitas, CA 95035


Frontline PCB Solutions LP
Attn: Gary Rachmilewitz
2 Openheimer St
Rehovot 76701
Israel


Fukui Precision Component (Shenzhen) Co.
Attn: Kenny Chen
Tangwei Village, Fuyong
Bao'an, Shenzhen
China 518103


GE Mobile Water Inc
File 30494
PO Box 60000
San Francisco, CA 94160


Gary Kennedy
890 Saratoga Ave #202
San Jose, CA 95129


Gelest Inc
PO Box 12823
Philadelphia, PA 19176


GelestInc
Attn: Barry Arkles
11 East Steel Road
Morrisville, PA 19067
```

```
George E Missbach & Co
3715 Northside Pkwy
Northcreek 300, St. 67
Atlanta, GA 30327


Global Pragmatica LLC
Attn: Erin L Vang
6474 Oakwood Dr
Oakland, CA 94611


Gorilla Circuits
Attn: Hershel Petty
1445 Oakland Rd
San Jose, CA 95112


Grainger Inc
Dept 870579661
Palatine, IL 60038


HGST Inc
Attn: Dilbag Singh
3403 Yerba Buena Road
San Jose, CA 95135


HNJ Solutions Inc
Attn: Greg McEntgre
2531 W 237th St, Ste 121
Torrance, CA 90505


HTC Corporation
Attn: Jason MacKenzie
#23 Xinghua Rd, Taoyuan City
Taoyuan County 330
Taiwan


Harrington Industrial Plastics
PO Box 5128
14480 Yorba Ave
Chino, CA 91708
```

Harvey Chaffin
682 Platte River Court
San Jose, CA 95111


Hastest Solutions Inc.
4423 Fortran Drive, Suite 190
San Jose, CA 95134


Hewlett-Packard Company
3000 Hanover Street
Palo Alto, CA 94304


High Performance Products Inc
Attn: Christoper Woelfle
224 East Mill Road
Long Valley, NJ 07853


High Speed Design Services LLC
406 16th Ave
Suite 103B
Ramona, CA 92065


High Speed Design Services LLC
Attn: John Medina
406 16th Ave, Ste 103B
Ramona, CA 92065


Hillview Printing LLC
5542 Monterey Rd #207
San Jose, CA 95138


Huawei Device Co. Ltd.
Building 2, Zone B, Huawei Ind Park
Bantian, Longgang District
Shenzhen, China 518129

Hunter Chemical LLC
220 Commerce Dr., Suite 405
Fort Washington, PA 19034


IBIDEN Co. Ltd.
Attn: Sotaro Ito
2-1 Kanda-cho
Ogaki, Gifu
Japan 503-8604


IPFS Corporation
PO Box 100391
Pasadena, CA 91189


Ilshin Investment Co. Ltd
Attn: Lee Kang Soo
11th Floor Ilshin Bldg.
15-15 Yeouido-dong
Seoul, Korea


Inovia LLC
928 Broadway
Sutie 1100
New York, NY 10010


Insulectro
PO Box 51290
Los Angeles, CA 90051


Integral Technology
20322 Windrow Drive
Lake Forest, CA 92630


Intel Corporation
Attn: Ravi Jacob
2200 Mission College Blvd
Santa Clara, CA 95054

Intercept Technology
Attn: Stephen W Klare
1819 Peachtree Rd, Suite 100
Atlanta, GA 30309


Intermec Technologies Corporation
Attn: Kristi Jacobsen
6001 36th Avenue West
Everett, WA 98203


Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114


Invensys Systems Inc.
Attn: Jeffrey Barkehanai
26561 Rancho Parkway South
Lake Forest, CA 92630


Iron Mountain
PO Box 601002
Pasadena, CA 91189


Ishaq Totah
1444 Golden Lake
San Jose, CA 95131


Ishihara Corporation
601 California Street
Suite 1700
San Francisco, CA 94108


JFE Mineral Co. Ltd.
Attn: Yuuki Narita
8-2, Shiba 3-chome
Minato-ku, Tokyo
Japan 105-0014

JFE SHOJI TRADE CORPORATION
9-5 Otemachi 1
chome Chiyodaku 100-8070
Tokyo
Japan 100-9070


JSR Corporation
Attn: Katsuya Inovie
1-9-2 Higashi-shinbashi
Minato-ku, Tokyo
Japan 105-8640


Jackie Huebner
1392 Thornbury Lane
San Jose, CA 95138


James Hogan
2171 Sunny Acres Dr
Santa Cruz, CA 95060


Jiachong Hu
204 room, building 19
Yingshui Shanzhuang
Baoan District
Shenzhen, China


Jim Read
23 Uxbridge Court
San Jose, CA 95139


Joan Vrtis
2463 S. Gaucho
Mesa, AZ 85202


Jose Vargas
3912 Agatha Way
San Jose, CA 95136

Jun Jun Wu
100 Drakes Court
Los Gatos, CA 95032


KS Ong
14 Laylong Place
Singapore 508878


KUDELSKI GROUP
Attn: E. Schneider/F. Clauss
Route de Geneve 22
1033 Cheseaux
Switzerland


Kaeser Compressors
PO Box 946
Fredericksburg, VA 22404


Ken Colaizzi
5769 Rachel Court
San Jose, CA 95123


LG Electronics Inc.
Attn: Yong Nam/Bon Joon Koo
20 Yoido-dong
Youngdungpo-gu, Seoul
Korea 150-721


LG Innotek Co., Ltd.
Attn: Hur Young Ho
Seoul Square 20F
541 Namdaemunno-5-ga
Jung-gu, Seoul, 100-714, Korea


LGA Thin Films
Attn: Alex Shimkunas
3064 Lawrence Expressway
Santa Clara, CA 95051

LSI Logic Corporation
Attn: Ivor Barber/Maniam Alagaratnam
1320 Ridder Park Drive
San Jose, CA 95131


Larry Smith
28828 Bailely Ranch Road
Hayward, CA 94542


Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025


Leader Ventures
Attn: Patrick Gordan
3000 Sand Hill Road, 1-100
Menlo Park, CA 94025


Lee-Ann Kennedy
5358 Laurel Canyon Drive
San Jose, CA 95138


Lenovo
1009 Think Place
Morrisville, NC 27560


Lewa Inc
Attn: Joseph Murray
132 Hopping Brook Rd
Holliston, MA 01746


Lex Kosowsky
5561 Country Club Parkway
San Jose, CA 95138

Littelfuse Inc
Attn: J. Song/ S. Whitney
8755 West Higgins Rd
Chicago, IL 60631


Logitech Europe S A
Attn: Ulysse Rochat
rue du Sablon 2-4
1110 Morges
Switzerland


Lorna Justo
4100 The Woods Drive, Apt 716
San Jose, CA 95136


M West Propco XII LLC
c/o DivcoWest Real Estate Services
Attn: Rosanna Davidson-McMahon
2055 Laurelwood Rd, Ste 130
Santa Clara, CA 95054


M West Propco XIILLC
c/o Horner & Singer, LLP
Attn: Kevin P. Montee
1646 N. California Blvd., Ste 250
Walnut Creek, CA 94596


Mahamedi Paradice Kreisman LLP
550 S. Winchester Blvd
Suite 605
San Jose, CA 95128


Mallory
PO box 2068
Longview, WA 98632


Marco Flores-Hermosa
PO Box 18911
San Jose, CA 95158

Marius Domokos
4152 Middlefield Road
Palo Alto, CA 94303


Markem-imaje
5150 El Camino Real
Keene, NH 03431


Mass-Vac Inc
Attn: H R Gatti
247 Rangeway Road
North Billerica, MA 01862-0359


McMaster Carr
PO Box 7690
Chicago, IL 60680


MediaMagic Design LLC
Attn: Jean Rutherford
5610 Scotts Valley Dr, #B544
Santa Cruz, CA 95060


Mellanox Technologies Ltd
Attn: Evelyn Landman
350 Oakmead Parkway, Suite 100
Sunnyvale, CA 94085


Mentor Graphics Corporation
8005 S W Boeckman Road
Wilsonville, OR 97070


Mentor Graphics Corporation
Attn: Miranda L Taylor
8005 SW Boeckman Road
Wilsonville, OR 97070

Michael Fuller
1260 Rainer Ave
Pacifica, CA 94044


Michael Glickman
268 Andsbury Ave
Mountain View, CA 94043


Mindteck Inc
1828 Good Hope Road, Ste 201
Enola, PA 17025


Mitsui Kinzoku Corporate Group
Attn: Fujio Kuwako
80 First Street
Hoosick Falls, NY 12090


Moss Adams LLP
635 Campbell Technology Parkway
Campbell, CA 95008


Motorola Inc
Attn: Gary Weiss
600 N US Highway 45
Libertyville, IL 60048


Motorola Mobility Inc
Attn: Gary Weiss
600 N US Highway 45
Libertyville, IL 60048


Motorola Solutions Inc
Attn: Brenda Herold
8000 WSunrise Blvd, Rm 8E8
Plantation, FL 33322

```
Mouser Electronics
PO Box 99319
Fort Worth, TX 76199


Multek Hong Kong Limited
Attn: Jim Poon
17/F, Tower 11, 8 Yeung Uk Rd
Tusen Wan, N T.
Hong Kong, SAR


Multek Technologies Ltd.
847 Gibraltar Dr
Milpitas, CA 95035


Multiplex Inc
Attn: Steven Liu
5000 Hadley Road
South Plainfield, NJ 07080


NexTec
150 Congress Street
Houston, TX 77210-4897


Nokia Corporation
Attn: Yoshinori Takasaki
Keilalahdentie 4
FIN 02150 Espoo
Finland


Novamet Speciality Products Corp
PO Box 30000
Dept 5282
Hartford, CT 06150


Novamet Specialty Products Corporation
681 Lawlins Road
Wyckoff, NJ 07481
```

OM Group Inc
Attn: Christoper J. Vistoli
127 Public Square
1500 Key Tower
Cleveland, OH 44114


OMRON Electronics LLC
Attn: Gregg Holst
1 Commerce Dr
Schaumburg, IL 60173


OSRAM SYLVANIA Inc
71 Cherry Hill Drive
Beverly, MA 01915


OSRAM SYLVANIA Inc
AttnMartin Zachan
100 Endicott Street
Danvers, MA 01923


Oak-Mitsui Inc.
29 Battleship Road
Camden, SC 29020


Oak-Mitsui Technologies LLC
Attn: John Andresakis
80 First Street
Hoosick Falls, NY 12090


Oppenheimer & Co. Inc.
Attn: Ido Stern
85 Broad Street
New York, NY 10004


Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065

Pacific Gas & Electric
PO Box 997300
Sacramento, CA 95899


Packet Fusion
1900 S Norfolk Street
Suite 110
San Mateo, CA 94403


Pantech Co. Ltd.
Pantech R&D Center
I-2 DMC Sangam-dong
Mapo-gu, Seoul
Korea 121-270


Paragon Technical
Attn: Phillip Kvmin
385 Moffett Park Dr., #110
Sunnyvale, CA 94089


Pete Thomas
203 Redwood Shores Parkway
Ste 550
Redwood City, CA 94065


Photon Dynamics Inc.
Attn: M. Zizza /D. Abramovitch
5970 Optical Court
San Jose, CA 95138


Pragma Design Inc.
AttnJeffrey Dunnihoo
11300 CR 200
Bertram, TX 78605


Pragnya Saraf
4501 Snell Ave
Apt 2203
San Jose, CA 95136

Praxair
Dept LA 21511
Pasadena, CA 91185


Precision Eforming LLC
839 NYS Route 13
Cortland, NY 13045


Preeti Pande
956 El Cajon Way
Palo Alto, CA 94303


Premiere Global Services
PO Box 404351
Atlanta, GA 30384


Prismark Partners LLC
Attn: J Philip Planski
130 Main Street
Cold Spring Harb, NY 11724


PulseTracer Inc
Attn: Sean Tan
2111 Mission Street #400
San Francisco, CA 94110


Questar USA
7948 Freedom Avenue, NW
North Canton, OH 44720


R&L Carriers
PO Box 271
Wilmington, OH 45177

```
REFECOR Oy
Attn: Jyrki Portin
Teknologiantie 14
90570 Oulu
Finland


RF Micro Devices Inc
Attn: David Jandzinski
7628 Thorndike Road
Greensboro, NC 27409


RFIsoft Inc
Attn: Pieter Noordam
1438 Calle Alegre
San Jose, CA 95120


RICOH
PO Box 650073
Dallas, TX 75265


Ranga Ranganathan
37432 Southwood Drive
Fremont, CA 94536


Redevelopment Agency of San Jose
Attn: Director of Industrial Development
200 East Santa Clara St
14th Floor Tower
San Jose, CA 95113


Republic Services
PO BOX 78829
Phoenix, AZ 85062


Research In Motion Limited
Attn: Richard J Brogle
295 Phillip Street
Waterloo, Ontario
Canada N2L 3W8
```

Richards Layton & Finger
920 North King Street
Wilmington, DE 19801


Rick Lain
4F-1 No 52 Lane 256
Mingshuei Road
Taipei 104
Taiwan


Robert Fleming
6592 Prague Court
San Jose, CA 95119


SEQUOIA Design Systems Inc.
Attn: Valery Axelrad
137 Chapman Road
Woodside, CA 94062


SMART Modular Technologies Inc
Attn: Chad Wiechers
4211 Starboard Drive
Fremont, CA 94538


Sage Software Inc.
220 West Kensinger Drive
Suite 100
Cranberry Township, PA 16066


Samsel International Inc
Attn: Sam H.S. Chen
6361 Menlo Drive
San Jose, CA 95120


Samsung America Inc
Attn: Tae Yong An
14251 E. Firestone Blvd
La Mirada, CA 90638

Samsung Electro-Mechanics Co Ltd
Attn:Jun Rok Oh
314 Maetan 3-dong, Yeongtong-gu
Suwon, Kyunggido
Korea 443-743


Samsung Electronics Co Ltd
Attn: Sangjin Jung
416 Maetan-3-Dong, Youngtong-Gu
Suwon-Si Gyunggi-Do
Korea 447-742


Samsung Fine Chemicals Co. Ltd.
190 Yeochon-dong
Nam-gu Ulsan
Korea


SanDisk Corporation
Attn:Esther Chung
601 McCarthy Blvd
Milpitas, CA 95035


Sanmina SCI Corporation
2121 O?Toole Ave
San Jose, CA 95131


Sanmina-SCI Corporation
Attn: George Dudnikov
2700 N First St
San Jose, CA 95134


Santa Clara County Tax Collector
70 West Hedding St
East Wing 6th Floor
San Jose, CA 95110


Scapa Tapes North America Inc
Attn: M E Gilmartin
111 Great Pond Drive
Windsor, CT 06095

Security Code 3
1735 N First Street
Suite 104
San Jose, CA 95112


Shanghai Meadville Electronics Co. Ltd.
Attn: Simon Wang
No 200 Jiang Tian Dong Rd
Song Jiang Ind.
Shanghai, China 20160


Sharp Corporation
Attn: Hiroshi Nishioka
22-22 Nagaike-cho, Abeno-ku
Osaka
Japan 545-8522


Shartisis Friese LLP One
Maritime Plaza
18th FL
San Francisco, CA 94111


Shennan Circuits Co. Ltd.
Nan Shan Branch
#99 Qiao Cheng East Road
Nanshan District, Shenzhen
China 51805


Shurui Shang
238 Morning Star Dr
San Jose, CA 95131


Siemens Aktiegesellschaft
Attn: Thomas Winter/Albrecht Donat
Gleiwitzer Str 555
D-90475 Nurnberg
Germany


Sierra Circuits Inc
Attn: Amil Bahl
1108 WEvelyn Ave
Sunnyvale, CA 94086

Sierra Wireless
13811 Wireless Way
Richmond
British Columbia
Canada V6V 3A4


Sierra Wireless Inc
Attn: Pierre-Yves Klein
13811 Wireless Way
Richmond, B.C.
Canada V6V 3A4


Sigma-Aldrich Inc
PO Box 535182
Atlanta, GA 30353


Silicon Motion Inc
Attn: Julia T. Chen
1591 McCarthy Blvd
Milpitas, CA 95035


Silicon Turnkey Solutions
Attn: Zef Malik
801 Buckeye Court
Milpitas, CA 95035


Silicon Turnkey Solutions Inc
801 Buckeye Court
Milpitas, CA 95035


Siluria Technologies Inc.
Attn: Alex Tkachenko, PhD
409 Illinois Street
San Francisco, CA 94158


Simon Michael
2778 Green Street
San Franciso, CA 94123

Skylake USA
Attn: Don Soo Suh
4/F, KAIST 517-10, Dogok-dong
Gangnam-gu, Seoul
Korea 135-270


Skyworks Solutions Inc.
Contracts Manager
5221 California Ave
Irvine, CA 92617


Soltegic LLC
Attn: Michael Laine
2 Jefferson Ct
Newburyport, MA 01950


Sony Ericsson Mobile Communications AB
Attn: Ofelia Madsen
Nya Vattentornet
S-221 88 Lund
Sweden


Sony Mobile Communications AB
Nya Vattentornet
S-221 88 Lund
Sweden


South Bay Circuits
Attn: Scott Moyer
99 N McKemy Ave
Chandler, AZ 85226


Stephan King
5013 Bel Canto Drive
San Jose, CA 95124


Streamline Circuits Corp
Attn: Greg Halvorson
1410 Martin Avenue
Santa Clara, CA 95050

Summit Funding Group
11500 Northlake Dr
Suite 300
Cincinnati, OH 45249


Summit Funding Group Inc
PO Box 63-6488
Cincinnati, OH 45263-6488


Sun Life Insurance
PO Box 7247-0381
Philadelphia, PA 19170


Sun-Tec America
Attn: Ryoji Matsumoto
15207 North 75th St, Ste 106
Scottsdale, AZ 85260


TA Instruments - Waters LLC
Dept AT 952329
Atlanta, GA 31192


Tai Truong
2062 Jamaica Way
San Jose, CA 95122


Taiwan Semiconductor Manufacturing Co.
Attn: Hsiao-Chin Tuan
No 8 Li-Hsin Road 6
Hsinchu
Taiwan, Republic of China


Tapco Circuit Supply
Dept CH 16727
Palatine, IL 60055

Tech Circuits Inc
Attn: Gregory Petersen
340 Quinnipiac Street
Wallingford, CT 06492


Tesla Motors Inc
Attn: Erik Fleming
3500 Deer Creek Road
Palo Alto, CA 94304


Texas Instruments Incorporated
Attn: Paul ANolte
12500 TI Blvd
Dallas, TX 75243


Tharco
2222 Grant Avenue
San Lorenzo, CA 94580


The Dow Chemical Company
Attn: Kenneth Van Heel
2010 Dow Center - IP Law
Midland, MI 48674


The MathWorks Inc.
3 Apple Hill Drive
Natick, MA 01760


The Regents of University of California
UCLA Office of IP
11000 Kinross Ave #200
Los Angeles, CA 90095-1406


Thermo Fisher Financial
PO Box 712441
Cincinnati, OH 45271

Thin Film Electronics AB
Attn: Per Broms
Westmansg 27
Linkoping
Sweden


Tosoh Bioscience LLC
3604 Horizon Dr #100
King of Prussia, PA 19406


Transamerica Life
PO Box 30266
Los Angeles, CA 90030


TriQuint Semiconductor Inc
Attn: Tim Dunn
2300 NE Brookwood Parkway
Hillsboro, OR 97214


Tridonic Jennersdorf GmbH
Technologiepark 10
8380 Jennersdorf
Austria


Tyco Electronics Corporation
Attn: Robin Miller
2901 Fulling Mill Road
Middletown, PA 17057


Tyco Integrated Services LLC
PO Box 371956
Pittsburgh, PA 15250


U Line
2200 SLakeside Drive
Waukegan, IL 60085

```
U S Tool & Die
23274 Del Lago Drive
Laguna Hills, CA 92653


UHV Sputtering Inc
Attn: Rick Wooden
275 Digital Drive
Morgan Hill, CA 95037


UL Underwriters Laboratories
PO Box 75330
Chicago, IL 60675


Unimicron Technologies
No. 177 Shan Ying Road
Kwei Shan Ind Park
Taoyuan (333)
Taiwan ROC


VTB Capital Investment Management Ltd
Attn: Kaliev Aidar
Russian Federation, 123317
Moscow, Presnenskaya Embankm
Russia


VWR International
PO Box 31001-1257
Pasadena, CA 91110


VantagePoint Management Inc
Attn: James Jensen
1001 Bayhill Dr #300
San Bruno, CA 94066


Viasystems Inc.
101 South Hanley Road
Suite 1800
Saint Louis, MO 63105
```

Vision Service Plan
PO Box 45210
San Francisco, CA 94145


WUS Printed Circuit Co Ltd
Attn: Chris CP Wu / CK Chen
55 Heilongjiang Road North
Kunshan
China 215301


Water World Technology Co Ltd
6/F, Blk B, Digital Bldg
Garden City, #1079 Nanhai Rd
Nanshan District, Shenzhen
China


Wells Fargo Bank NA
300 Tri-State International
Ste 400
Lincolnshire, IL 60069


Wells Fargo Financial Leasing
300 Tri State International
Suite 400
Lincolnshire, IL 60069


Wells Fargo Financial Leasing
PO Box 7777
San Francisco, CA 94120


Western Technolgies Investments
Attn: David Gravano
104 La Mesa Drive, Suite 102
Portola Valley, CA 94028


Wilson Sonsini Goodrich & Rosati
PO Box 742866
Los Angeles, CA 90074

```
Wired Island Ltd
PO BOX 661
TURKS & CAICOS ISLAND


Wonderware
Attn: Daniel Mandelbrot
26561 Rancho Parkway South
Lake Forest, CA 92630


Woodman Labs Inc.
Attn: Avi Kopehnam
3000 Clearview Way
San Mateo, CA 94402


Woodside Capital Partners International
Attn: Greg Mischou
2471 E Bayshore Rd, Ste 512
Palo Alto, CA 94303


Worldwide Express
2540 N First Street
Suite 110
San Jose, CA 95131


Xiaofeng Chen
1472 Stubbins Way
San Jose, CA 95132


ZettaCore Inc
Attn: Srinivas Nimmagadda
369 Inverness Parkway #350
Englewood, CO 80112


Zhuhai Founder PCB Development Co Ltd
Founder PCB Ind Park
Fushan Ind Zone
Qinwu Town, Doumen District, Zhuhai
China 519175
```

```
Zhuhai Founder Tech Elec High-Den Co Ltd
Founder PCB Industry Park
Fushan Ind Zone, Qinwu Town
Doumen District, Zhuhai
China 519175


atg Luther & Maelzer GmbH AttnMartin
Faulhaber
Zum Schlag 3
97877 Wertheim
Germany
```