```
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
email: ppascuzzi@ffwplaw.com

Attorneys for Littelfuse, Inc.
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | CASE NO. 13-51399 |
|---|---|
| SHOCKING TECHNOLOGIES, INC., | Chapter 7 |
| Debtor. | **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Lori N. McCleerey, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, Suite 1750, Sacramento, CA 95814.  On April 17, 2013, I served the within documents:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

☐ by transmitting via facsimile from (916) 329-7435 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m.  A copy of the transmittal/confirmation sheet is attached.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery

PROOF OF SERVICE

-1-

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**See attached list.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2013, at Sacramento, California.

*/s/ Lori N. McCleerey*
Lori N. McCleerey

In re Shocking Technologies
13-51399

Shocking Technologies, Inc.
5870 Hellyer Avenue
San Jose, CA  95138

Patrick M. Costello
Vectis Law Group
270 Redwood Shores Pkwy., PMB #551
Redwood City, CA  94065

Robert J. Fleming
6592 Progue Court
San Jose, CA  95119

Joan K. Vrtis
2463 S. Gaucho
Mesa, AZ  85202

James P. Read
23 Uxbridge Court
San Jose, CA  95139

Fred Hjelmset
Chapter 7 Trustee
P.O. Box 4188
Mountain View, CA  94040

Office of the United States Trustee
U.S. Federal Building
280 S 1st Street, #268
San Jose, CA  95113-3004

Daniel M. Linchey
Goldberg Stinnett Davis & Linchey
44 Montgomery Street, Suite 850
San Francisco, CA  94104

American Express Travel Related Services
c/o Gilbert B. Weisman
Becket & Lee LLP
POB 3001
Malvern, PA  19355-0701

**Zhuhai Founder Tech.Hi-Density Electronic Co., Ltd.**
**Fushan Industry Zone, Qianwu**
**Doumen District**
**Zhuhai City, PRC  519173**

M West Propco XII LLC
c/o Clifford R. Horner/Kevin P. Montee
Horner & Singer LLP
1646 N. California Boulevard, Suite 250
Walnut Creek, CA  94596