GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ. CA Bar #111739
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Fred Hjelmeset, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

SHOCKING TECHNOLOGIES, INC.,

Debtor.

Case No. 13-51399-CN

Chapter 7

**CERTIFICATE OF SERVICE BY FIRST CLASS MAIL**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 850, San Francisco, California 94104; that on the date set out below, I served a copy of the following:

**(PROPOSED) ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT**

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

-1-

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct. Executed at |
| 2 | San Francisco, California, on April 24, 2013. |
| 3 | |
| 4 | /s/ Jeanne Rose |
| 5 | |
| 6 | |
| 7 | Office of the United States Trustee<br>280 South First Street, Suite 268 |
| 8 | San Jose, CA  95113 |